UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, *et al.,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:14CV00941 ERW |
| GAEHLE GRADING, LLC, | ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion to Strike Answer Filed by a Non-Attorney Individual. [ECF No. 6]. On August 21, 2014, Dennis Gaehle, a managing member of Defendant Gaehle Grading, LLC, filed a pro se Answer in this matter on behalf of Defendant Gaehle Grading, LLC [ECF No. 5]. Defendant Gaehle Grading, LLC a business association, appears to be proceeding without the benefit of licensed counsel. Upon consideration, the Court will grant Plaintiffs' Motion to Strike, as a limited liability company is an artificial entity that can only act through agents, and therefore must be represented by legal counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202-03 (1993); *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996). The Court will grant Defendant Gaehle Grading, LLC leave up to and until October 17, 2014, to obtain counsel and to have an attorney enter an appearance on its behalf.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Answer Filed by a Non-Attorney Individual [ECF No. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Gaehle Grading, LLC is granted up to and until October 17, 2014, in which to have a licensed attorney enter an appearance on its behalf. Failure to comply with this directive may result in the Court entering a default judgment as to Defendant Gaehle Grading, LLC.

So Ordered this12th day of September, 2014.

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**